# FORM A

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

Rev. 10/10

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

ANTHONY CAIN

_____

_____

(Full name of the Plaintiff(s) in this action)

v.

OFC GROSS

CALLOWAY COUNTY

WKCH

NURSE SHELIA PEEK

NURSE CHRSSY WORTHAM

(Full name of the Defendant(s) in this action)

FILED
JAMES J. VILT, JR. - CLERK
JAN - 8 2024
U.S. DISTRICT COURT
WEST. DIST. KENTUCKY

CIVIL ACTION NO. 5:24cv-3-JHM
(To be supplied by the clerk)

(X) DEMAND FOR JURY TRIAL

(_) NO JURY TRIAL DEMAND
(Check only one)

PLAINTIFFS CONTINUED
ON BACK OF THIS PAGE
ALL SUED INDIVIDUAL + PROFESSIONAL

## I.   PARTIES

(A) **Plaintiff**(s). Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: ANTHONY CAIN

Place of Confinement: CC JAIL

Address: 310 N 4th ST MURRAY KY 42071

Status of Plaintiff: CONVICTED (_)   PRETRIAL DETAINEE (X)

(2) Name of Plaintiff: _____

Place of Confinement: _____

DEFENDANT ALL SUED INDIVIDUALLY + PROFESSIONAL

CALLOWAY COUNTY          JOHN DOE OFFICER
WKCH                     TO BE NAME AT CLOSE OF
                         DISCOVERY

NURSE PROVIDER SHELIA PEEK

NURSE PROVIDER CHRISTY WORTHAM

OFC STEPHEN WELLS        OFC SHANNON MANNING

LT KALYA VESSE           OFC ANGIE

SGT MATHIS               OFC AMANDA

OFC PISHNER              OFC LAKEN DUNCKEN

OFC CROSS

OFC LUKE JORNDSTEAD

OFC CASEY KIMBRO

OFC ADAM NELLER

OFC ALLMAN

LT TAYLOR BLACK

LT SLADE MCCUSTON

OFC DILLIAN BRADLY

CAPTEN MIKE HOPKENS

CAPTIN THOMAS MARSHALL

JAELER KEN CLAUD

OFC DAVE

OFC MS WEATHERFORD

OFC KEVIN WEATHERFORD

SGT PAGE

COMPLAINT
JOHNSON VS CROSS          P1

IM BEING DENIED MY MEDICAL PRESCRIBED
DIABETIC TREATMENT AND PUT IN IMMINENT
AND IMMEDIATE DANGER AND OUTRIGHT
DENIED MEDICAL CARE NON-MEDICAL
STAFF OFFICERS ARE DOING THE DUTYS
OF MEDICAL STAFF WHICH IS
DELEBERATE INDIFFERENCE IM BEING
DENIED ACCESS TO MEDICAL HEALTH
CARE PROFESSIONALS AND THE OFFICER
FRAUDULANTLY SIGN THEIR NAMES
AND BADGE #'s ON LEGAL MEDICAL
DOCUMENTS WHEN THEY DENIED ME
MEDICAL CARE SEE EXHIBIT #1
REFUSAL TO TREAT SIGNED BY
OFFICER STEPHEN WELLS BDGE #J20
AND WITNESS BY SUPERVISOR
LT CALVA JESSE J06 AND THER
ARE NO LESS THEN 150 OF THESE
REFUSAL TO TREAT ENTERED AS
EXHIBITS ATTACHED TO THE SUMMARY
JUDGEMENT MOTIONS I FILED IN
THE JOHNSON VS CALLOWAY COUNTY
& SHELIA PEEK CASE 5:23-CV-1
THAT I RECEIVED AS DISCOVERY FROM
PEEKS ATTORNY IN THAT CASE
SEE EXHIBIT 1 LABLED WRCH 0526

82

THEY ARE REFUSING ME MEDICAL
PROFESSIONALS TO DO MEDICALY
PRESCRIBED BLOOD GLOCUSE CHECKS
GIVE OUT PRESCRIPTION MEDICATION
AND DIABETIC MEDS TAKE BLOOD
PRESURE READING AND DIABETIC
VITAL THEIR IS NO MEDICAL
STAFF IN THE BUILDING
WHEN PRESCRIPTION MEDS & DIABETIC
TREATMENTS ARE GIVEN NURSE RPROVER
SHELA PEEK & PROVIDER CHRISTY WORTHOM
OFFICER STEPHEN WELLS & ALYA JESSE
SGT MATHES, OFC BISHNER, CROSS
JOE ELLIS, BILLY RAY WELCHER
LT DJ, OFFICER BARTLETT, OFC
LUKE JORDSTEAD, KASEY KIMBRO
OFC ALLMAN, OFC ADAM MILLER
LT TAYLOR BLACK, LT SCOTT MULLIKIN
OFC DEUTON CAMDEY AND MULTIPLE
JOHN DOE DEFENDANTS I CAN NOT
NAME TILL DISCOVERY IS COMPLETE
AS WELL AS CAPTAIN MIKE HOPKINS
& THOMAS MARSHAL KEN CLINER & OFC
DAVE OFFICER M WEATHERFORD &
OFC KEVEN WENTWERFORD & SGT PAGE

P3

ARE ACTING WITH DELIBERATE
INDIFFERENCE TO MY HEALTH
SAFTY & SERIOUS MEDICAL NEEDS
DIABETES IS CLEARLY COUSED
AS AS SERIOUS MEDICAL NEED
THESE DIABETIC TREATMENT WERE
PRESCRIBED TO ME BY NURSE SHELBY
DEEK + HER TWEN CARISTY WEETON
THE PROVIDERS OT CALLED BY COUNTY
UNTIL IM ADDITION SEE EXHIBIT
#2 ENVELOPES BEING MANUFACTURED
BY KEN CLAUD WHO IS HAVING
INNOVATIVE PRINTING IN MURRY
MANAFACTURE US COURT CLERK
ENVELOPES, ENVELOPES FROM GOV
BESHEAR + ATTORNY GENERAL DANIAL
CAMRON EXHIBIT 2 ENVELOP FROM
US COURT CLERK + EXHIBIT 3 ENVELOP
FROM ATTORN GENERAL DANIAL
CAMRON EXHIBIT 2 CONTINUES
FRODUANT ENVELOPES FROM US FEDERAL
COURT HOUSES THAT HAVE NEVER BEEN
LICK + SEALED AND WERE TAPED SHUT
BY KEN CLAUD THANKS MARSHALL &
MIKE HOPKINS SHANNON MANNING
ANGIE LARKEN DUNCKEN, AMANDA

P 4

THE DEFENDANT NAMED IN THIS COMPLAINT ARE BEING SUED INDIVIDUALLY & PROFESSIONALY AND ALL AND TOGETHER HAVE BE THE WITH DELEBERATE INDEFFERANCE TO MY HEALTH SAFTY SERIOUS MEDICAL NEED'S DENING ME LIFE SUSTENING DIABETIC TREATMENT VIOLATING MY 5TH & 14TH & 8TH AMENDMENT RIGHTS AS AN PRETRIAL DETAINE & MY LIBERTY INTREST AS WELL AS CH 29.13 OF THE KY CONSTUTION COMMITING AN ARBETRARY STATE ACTION IN TER FERRING WITH THE FOLLOWING FEDERAL CASES JOHNSON VS CALLOWAY COUNTY JAIL 5:23-CV-1  JOHNSON VS JERRY LEE SCOTT 5:23-CV-B JOHNSON VS CASEY KIMBRO 5:23-CV-120 JOHNSON VS VALENTINE 3:21-CV-157 JOHNSON VS WELLPATH 3:21-CV-484 JOHNSON VS EVANS 3:21-CV-742 JOHNSON VS ARAMARK 3:21-CV-DWA JOHNSON VS JENNIFER PARK BRINLY 3:21-CV-15 JOHNSON VS MELACHECK 3:22-CV-239 JOHNSON VS SCHANKS 3:22-CV-235 JOHNSON VS TANGLER JOHNSON VS GONZALES 3:22-CV-483 JOHNSON VS TOBBI LYNN MAYS 5:22-CV-131

P 5

THESE CASES HAVE ALL BEEN
TAMPERED WITH BY CALLOWAY
COUNTY JAIL STAFF WITH
OFFICER SIGNING LEGAL MAIL
AND MY WHITE FELONS THIS
COMBINED WITH THE OUT RIGHT
DENIAL OF DIABETIC TREATMENT
AND NON-MEDICAL STAFF OFFICER
DOING THE DUTYS OF MEDICAL STAFF
HAS CAUSED THE UNESSARY WANTON
INTENTIONAL INFLECTION OF
SEVERE EMOTIONAL DISTRESS, SO
SEVERE THAT IVE BEEN ON 5
SUICIDE WATCHS WHE MENTAL
HEALTH PROFESSIONALS FROM 4
RIVER THAT DID THE ORANGE EVAL
DIAGNOSED MY IN PHYSICOLOGICAL WITH
SEVERE EMOTIONAL DISTRESS AND
TOLD THE DEFENDANT TO GIVE MY
DIABETIC CARE THE DEFENDANT
HAVE CAUSED THE UNESSARY INTENTON
INFLECTION OF PHYSICAL, PHYSCOLOGICAL
PAIN + SEVERE EMOTIONAL DISTRESS
WITH THEIR CONDUCT THAT IS
SO INTENTION AL, RECLESS, UTTERLY
INTOLLABLE THAT ITS SADISTIC + MALICOUS
AND VEOLATE STANDARD OF DECNCY & MORALS
IN AH CIVILIZED SOSCIETY

P6

THE DEFENDANT HAVE AN DE FACTO
POLICY OF INACTION VIOLATING
THEIR OWN POLICYS + PROCEEDURES
THEY HAVE AN POLICY TO PROVIDE
MEDICAL CARE AND NOT TAMPER
WITH FEDERAL LEGAL MAIL AND
MANUFACTURE FEDERAL COURT DOCUMENTS
I HAVE JUST IDENTIFIED THE POLICY
AND CUSTOM OF DEFENANTS CALLOWAY
COUNTY + WEST K] CORRECTIONAL
HEALTH CARE [2] CONNECTED THE
POLICY TO THEM + [3] MY INJURYS
AS DESCRIBED IN THIS COMPLAINT
WERE CAUSED BY VIOLATION OF THEIR
POLICY AND IS THE MOVING FORCE
BEHIND MY INJURYS
DIABETIES IS CLEARLY COVERED
AS AN SERIOUS MEDICAL CONDITION
INTERFERING WITH MY DIABETIC
TREATMENT VIOLATES BOTH
CONSTITUTIONAL & STATUTORY PROTECTIONS
AGAINST CRUEL AND UNUSUAL
PUNISHMENT 9 CAUSES PAIN SEE
ESTELLE V GAMBLE 429 US AT 105
PRISON OFFICALS INTERFERING
WITH MEDICAL TREATMENT ONCE
PRESCRIBED IS DELIBERATE INDIFFERANCE

Address: _____

Status of Plaintiff:  CONVICTED  (___)    PRETRIAL DETAINEE (___)

(3)  Name of Plaintiff:_____

Place of Confinement: _____

Address: _____

Status of Plaintiff:  CONVICTED  (___)    PRETRIAL DETAINEE (___)

**(B)  Defendant(s)**.  Place the full name of the Defendant in the first blank below, his/her
official position title in the second blank, and his/her place of employment in the third blank.
Mark the capacity in which the Defendant is being sued.  Repeat this procedure for each
additional Defendant named, if any.

(1)  Defendant *SEE BACK OF PG 1* is employed

as *27 DEFENDANT + MULTIPLE JOHN DOE* at

The Defendant is being sued in his/her (✓) individual and/or (✗) official capacity.

(2)  Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(3)  Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(4)  Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

2

(5)  Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II.    PREVIOUS LAWSUITS

(A)  Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action?  YES (___) NO (___)

(B)  If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

   Plaintiff(s):     _____

                   _____

   Defendant(s):   _____

                   _____

Court (if federal court, name the district.  If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action):_____

Disposition (for example, Was the case dismissed?  Is it still pending?  Is it on appeal?):
_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

## IV.    RELIEF

State exactly what you want the Court to do for you.  (If you seek relief which affects the fact or duration of your imprisonment (for example:  release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.)  The Plaintiff(s) want(s) the Court to:

_____ award money damages in the amount of $ _500 BZLLZON DOLLARS_

_____ grant injunctive relief by _OFFZCER STOP DOZNG DUTY OF MEDZCAL STAFF_

_____ award punitive damages in the amount of $ _500 BZLLZON DOLLARS_

_____ other: _NON MEDZCAL STAFF STOP DOZNG THE DUTY OF MEDZCAL STAFF_

## V.    DECLARATION UNDER PENALTY OF PERJURY
     **(each Plaintiff must sign for him/herself)**

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This _21_ day of _DEC_, 20_23_.

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _21 DEC 2023_

_____
(Signature)

6

MATTHEW CHEW
CC JAIL
310 N 4th ST
MURRAY KY 42071

Retail
UNITED STATES POSTAL SERVICE
40602
RDC 99
MURRAY, KY 42071
DEC 22, 2023
$1.83
R2305K142514-20

FILED
JAMES J. VILT, JR. - CLERK
JAN - 8 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

LEGAL
MAIL

US COURT CLERK
106 GENE SNYDER U S COURT
HOUSE
601 W BROADWAY
LOUISVILLE KY 40202